CRAIG S. DENNEY, ESQ.
Nevada Bar No. 6953
RICHARD C. GORDON, ESQ.
Nevada Bar No. 9036
NICHOLAS G. VASKOV, ESQ.
Nevada Bar No. 8298
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Tel:  702-784-5200
Fax: 702-784-5252
Email: cdenney@swlaw.com
       rgordon@swlaw.com
       nvaskov@swlaw.com
*Attorneys for Defendant*
*Xtreme Merchandising LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIO PROPERTIES, INC., a Nevada Corporation, doing business as RIO ALL SUITE HOTEL AND CASINO, also doing business as RIO SUITE HOTEL & CASINO,<br><br>           Plaintiffs,<br><br>vs.<br><br>XTREME MERCHANDISING LLC, a California Limited Liability Company doing business in Nevada, also known as PRO'S SUITE; DOES I through XX, and ROE CORPORATIONS I through XX,<br><br>           Defendants. | CASE NO. 2:11-cv-01897-JCM-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff RIO PROPERTIES, INC. by and through its counsel of record Vernon Nelson of Lewis Brisbois, Bisgaard & Smith, and Defendant, XTREME MERCHANDISING LLC, by and through its counsel of record Craig S. Denny, Esq., Richard C. Gordon, Esq., and Nicholas G. Vaskov, Esq., of Snell & Wilmer L.L.P., in conformity with the parties' Settlement Agreement, hereby stipulate as follows:

1. That the above-captioned case shall be dismissed in its entirety with prejudice;

2. That each party shall bear its own attorneys' fees, expenses and costs associated with this action; and

1     3.     That the Discovery Plan and Scheduling Order shall be vacated, all pending deadlines and hearing dates shall be removed from the Court's calendar, and all other necessary steps shall be taken to close this action.

DATED: February 6, 2013

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Vernon Nelson
Vernon Nelson, Esq.
Lewis Brisbois Bisgaard & Smith LLP
400 South Fourth Street Suite 500.
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Rio Properties, Inc.*

DATED: February 6, 2013

SNELL & WILMER L.L.P.

/s/ Nicholas Vaskov
Craig S. Denney, Esq.
Richard C. Gordon, Esq.
Nicholas G. Vaskov, Esq.
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: cdenney@swlaw.com
       rgordon@swlaw.com
       nvaskov@swlaw.com
*Attorneys for Defendant*
*Xtreme Merchandising LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2013

15298040.3

- 2 -